UNITED STATES of America,
Plaintiff-Appellee,

v.

Elbert WADE, aka Elbert Lloyd Wade
and George Carroll, Defendants-
Appellants.

No. 72-2987

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

March 19, 1973.

J. W. Dinsmore, Birmingham, Ala. (Court Appointed), for defendants-appellants.

Wayman G. Sherrer, U. S. Atty., John S. Salter, Asst. U. S. Atty., Birmingham, Ala., for plaintiff-appellee.

Before BELL, GODBOLD and INGRAHAM, Circuit Judges.

PER CURIAM:

Appellants were convicted of violating 18 U.S.C.A. § 876 by mailing a threatening communication for the purposes of extortion. We have examined the assignments of error contained in the brief filed by counsel for appellants; the additional assignments of error contained in a supplemental brief filed pro se by appellants; as well as the allegations contained in other documents and communications filed by appellants separately with the court. There is no merit in the contentions of error, whether viewed separately or *en masse*.

The judgments of conviction are affirmed.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.